Sam Linzer, appellee, v. Samuel Q. Goldman, appellant. Gen. No. 31,070.

Action to recover payment on breached realty contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Coburn, Kearney & Coburn, for appellant. Joseph H. Platt, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Morris Axelrood, appellee, v. Acorn Laundry Company, appellant. Gen. No. 31,091.

Action for services rendered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Krauss, Goldman & Allshouse, for appellant; Robert G. Dreffein, of counsel. Frederick A. Brown, for appellee; Wm. G. Worthey, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Authors Press, appellee, v. John J. Brown, appellant. Gen. No. 31,112.

Action for balance due on sales contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed November 29, 1926.

J. S. McClure, for appellant. Sumner C. Palmer, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

L. A. Sherwin, appellant, v. Milton V. Barancik, appellee. Gen. No. 30,904.

Judgment by confession on note. Appeal from order denying motion to set aside. Appeal from the Municipal Court of Chicago; the Hon C. F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed November 29, 1926.

Laramie & Sherwin, for appellant. Louis M. Mantynband, for appellee; Lyle L. Richmond and Reuben S. Flacks, of counsel.

Mr. Justice Matchett delivered the opinion of the court.